# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| MANUEL A. ECHEVARRA, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:13CV141-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| BRYAN WELLS, Administrator, | ) | |
| Pender Correctional Institution, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2014, Order.

September 29, 2014

Frank G. Johns, Clerk
United States District Court